# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIDERIO GARCIA YBARRA, | Case No. 1:15-cv-00639-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME |
| v. | (ECF No. 15) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On February 17, 2016, the parties filed a stipulation to extend the time for Defendant to serve Defendant's response to Plaintiff's opening brief. (ECF No. 15.) Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.     Defendant's responsive pleading shall be filed on or before April 4, 2016; and

2.     Plaintiff's reply, if any, shall be filed on or before April 22, 2016.

IT IS SO ORDERED.

Dated:   **February 18, 2016**

UNITED STATES MAGISTRATE JUDGE